COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

| | | |
|---|---|---|
| JOHNNY EADS, | § | No. 08-08-00061-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| MBNA AMERICA BANK, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC#2006-1466) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant has complied with the requirements of TEX.R.APP.P. 42.1(a)(1). Having considered the motion, we conclude it should be granted because no party will be denied relief to which it would otherwise be entitled. Therefore, we grant Appellant's motion to dismiss, and in accordance with the parties' agreement, costs are taxed against the party incurring the same. *See* TEX.R.APP.P. 42.1(d).

GUADALUPE RIVERA, Justice

June 17, 2009

Before Chew, C.J., McClure, and Rivera, JJ.